UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury   '08 CR 2201 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT VINCENT,<br><br>　　　　　　　Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(ii) -<br>Transportation of Illegal Aliens |

The grand jury charges:

Count 1

On or about June 21, 2008, within the Southern District of California, defendant ROBERT VINCENT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Adan Guerrero-Rodriguez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//

//

CEK:em:San Diego
6/30/08

Count 2

On or about June 21, 2008, within the Southern District of California, defendant ROBERT VINCENT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maribel Carmona-Perez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count 3

On or about June 21, 2008, within the Southern District of California, defendant ROBERT VINCENT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Anayeli Carmona-Gonzalez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: July 2, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney