# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br> )<br> )<br>vs. )<br> )<br>Robert Vincent )<br> )<br>Defendant(s) ) | CRIMINAL NO. 08 CR 2201<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/<u>Magistrate Judge,</u> **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court).

ADAN   GUERRERO-RODRIGUEZ

DATED: 7/15/08

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____       **OR**
   **DUSM**

W. SAMUEL HAMRICK, JR.   Clerk

by _____

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082